AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*April 11, 2023*

Nathan Ochsner, Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE BUSINESS OF NE GUNS, FEDERAL FIREARMS LICENSEE 57-606118 LOCATED AT 14655 NW FRWY, SUITE 131, HOUSTON, TEXAS

)
)
)
)
)
)

Case No. **4:23-mj-691**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the **SOUTHERN** District of **TEXAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(6) | False Statement During the Purchase of a Firearm |
| 18 U.S.C. 932 | Straw Purchasing |
| 18 U.S.C. 933 | Firearms Trafficking |

The application is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Kevin Istre
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: April 11, 2023

*Judge's signature*

City and state: Houston, TX

Yvonne Ho, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE BUSINESS OF NE GUNS, FEDERAL FIREARMS LICENSEE 57-606118 LOCATED AT 14655 NW FRWY, SUITE 131, HOUSTON, TEXAS | Case No. **4:23-mj-691** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Kevin Istre, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since May, 2014. Beginning in November 2004, I was a Police Officer with the City of Baton Rouge, Louisiana. I served as a Task Force Agent with the Drug Enforcement Administration from July 2009 until May of 2014. During the course of my career, I have investigated violations of federal firearms, controlled substances laws, along with criminal organizations and conspiracies. Many of my previous investigations have involved the search of real property, federal firearms licensees and other locations related to the illegal use and possession, along with trafficking of firearms. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of federal law to include providing false information to a Federal Firearms Licensee (FFL) to be maintained in his records during the

course of a firearms purchase [18 U.S.C. 922(a)(1)], straw purchasing [18 U.S.C. 932] and firearms trafficking [18 U.S.C. 933] have been committed by Gabriel MENDEZ, Jose BANDA and other known and unknown. There is also probable cause to search the location described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

3. According to available ATF records (multiple sales records and ATF Form 4473s), Gabriel MENDEZ purchased over three hundred (300) firearms over a six-month period from FFLs in the Houston, Texas area valued at over $215,000. Agents noted that a large quantity of these firearms were AK style rifles and pistols, a firearm commonly trafficked internationally (Mexico). Financial investigators were unable to locate financial income or worth for Gabriel MENDEZ to sustain this volume of purchases.

4. Investigators determined Gabriel MENDEZ to be utilizing an address on the ATF Form 4473 that he signed indicating that his residence was located at 2935 Wimberly Street, Houston, Texas. Through surveillance, Agents determined Gabiel MENDEZ to actually live at 12703 Jones Road in Houston, Texas.

5. Agents conducted surveillance of Gabriel MENDEZ at the FFL – NE Guns located at 14655 Northwest Freeway, Suite 131, in Houston, Texas on March 27, 2023. Agents observed Gabriel MENDEZ and a subject later identified as Jose BANDA exit the FFL with ten (10) rifles and three (3) pistols. All of the firearms were placed into a vehicle and both Jose BANDA (driver) and Gabriel MENDEZ (passenger) left the location. Agents followed the vehicle until Gabriel MENDEZ exited the vehicle at his above residence (Jones Road) with two

pistols. Jose BANDA then departed driving the vehicle with the remaining firearms (ten rifles and one pistol). A Houston Police Department marked patrol unit attempted to stop Jose Banda but he evaded the marked unit and agents were unable to maintain surveillance. The following day via an ATF Multiple Sales Report, Agents observed Gabriel MENDEZ was listed as the purchaser of ten (10) Century Arms International AK-style rifles.

6. Agents conducted surveillance of Gabriel MENDEZ at the FFL – NE Guns located at 14655 Northwest Freeway, Suite 131, in Houston, Texas on April 3, 2023. Agents observed Gabriel MENDEZ purchased four (4) Zastava AK-style rifles and returned to his residence on Jones Road, leaving the firearms in the trunk of his vehicle. Approximately one hour later, Jose BANDA arrived at the residence and spoke to Gabriel MENDEZ in the parking lot and inside Jose BANDA's vehicle. Gabriel MENDEZ then opened the trunk of his vehicle and he and Jose BANDA transferred the four (4) Zastava firearms to the trunk of Jose BANDA's vehicle. Jose BANDA then left the location (alone) with the rifles.

7. A Harris County Sherriff's Office marked unit conducted a probable cause traffic stop of the vehicle driven by Jose BANDA in the 12700 block of Mills Road (and Grant Road) in the city of Houston, Southern District of Texas. BANDA was detained and during the probable cause search of the vehicle the four (4) rifles were seized along with an additional firearm and a cellphone.

8. During a post-miranda statement Jose BANDA admitted to obtaining the firearms from Gabriel MENDEZ and claimed to be placing them into his personal collection and reselling them on the website "Texas Gun Trader." Jose BANDA claimed to have sold all ten of the

firearms from May 27, 2023, prior to police contact. Jose BANDA gave contradicting and improbable answers to questions posed by investigators.

9. Agents then interviewed Gabriel MENDEZ at his residence, 12703 Jones Road, in Houston, Southern District of Texas. During a post-miranda statement, Gabriel MENDEZ admitted to straw purchasing "more guns than he could count" for Jose BANDA. Gabriel MENDEZ advised he was paid $70-$100 per firearm that he purchased for Jose BANDA. Gabriel MENDEZ stated he was usually provided with the US currency to purchase the firearms by Jose BANDA prior to the purchase, but on occasion he would utilize his own money knowing that Jose BANDA would immediately purchase the firearms from him. Gabriel MENDEZ advised the vast majority of the firearms he purchased over the last six months were for Jose BANDA, but several firearms were for his personal use or for him to resell.

10. MENDEZ advised Agents he had ordered and paid in full for multiple rifles that had yet to be delivered to NE Guns that were to be trafficked in similar fashion to those firearms described above. Seven of these rifles were delivered the week of April 3rd, 2023. MENDEZ verbally consented to the owner of NE Guns, Nicah Anderson, to surrender the firearms to ATF and they were seized by the affiant.

11. On Friday April 7, 2023, Anderson contacted the Affiant and advised that four more rifles for MENDEZ had been delivered to the business but that he had been unable to communicate with him in order to obtain his approval for the firearms to be surrendered. Anderson advised these firearms had also been paid for full and provided the affiant with the make, model and serial numbers of the firearms.

## CONCLUSION

12. Based on the foregoing, I believe there is probable cause to believe that the above referenced individual(s) are engaged in the above-described firearms trafficking related crimes, and that evidence of the crimes, specifically firearms and business records, will be found at Target Address, as described in Attachment A. Specifically, your affiant believes that there is probable cause to believe that at this time items set forth in Attachment B to the Search Warrant, will be found at the Target Address, and that these items constitute evidence of violations of the federal laws, including but not limited to violations of include providing false information to a Federal Firearms Licensee (FFL) to be maintained in his records during the course of a firearms purchase [18 U.S.C. 922(a)(1)], straw purchasing [18 U.S.C. 932] and firearms trafficking [18 U.S.C. 933].

Respectfully submitted,

Kevin Istre
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to me by telephone on April 11, 2023 and I find probable cause.

YVONNE HO
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## Properties To Be Searched

The business of NE Guns, Federal Firearms Licensee 57-606118, located at 14655 Northwest Freeway, Suite 131, city of Houston, county of Harris, Southern District of Texas.

The business of NE is located in a business complex made up of multiple business with suite 131 clearly marked by signage identifying the business.



## ATTACHMENT B

### Particular Things to be Seized

### PARTICULAR ITEMS TO BE SEIZED

1. Palmetto State Armory, model PSAK-47, 7.62x39 caliber rifles bearing serial numbers AKU000828, AKU000829, AKU000832, AKU003232;

2. Any business records, receipts, communications or other evidence held by the business of N E Guns in relation to the transaction(s) for the listed rifles by Gabriel MENDEZ;